In the Matter of the Probate of the Will of SAMUEL RICHARDSON, Deceased. ALMA GLADDEN, Appellant; MARTIN SOBIN et al., as Executors of SAMUEL RICHARDSON, Deceased, Respondents.

Submitted November 14, 1955; decided January 5, 1956.

*Leon Savage* and *David C. Lewis* for motion.
*Margaret Karlin* opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.